IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE McCLENDON, #242 208, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-307-WKW |
| | ) | [WO] |
| DR. BARRY BARRETT, STATON CORRECTIONAL FACILITY, and DR. MICHAEL BOROWICZ, | ) ) ) ) | |
| Defendants. | ) | |
| WILLIE McCLENDON, #242 208, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-308-WKW |
| | ) | |
| DR. MICHAEL BOROWICZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 22, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 19) is ADOPTED and that these consolidated actions are DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 18th day of October, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE