IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE McCLENDON, #242 208, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. BARRY BARRETT, STATON ) <br> CORRECTIONAL FACILITY, and ) <br> DR. MICHAEL BOROWICZ, ) <br> ) <br> Defendants. ) | CASE NO. 2:21-CV-307-WKW <br> [WO] |
| WILLIE McCLENDON, #242 208, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. MICHAEL BOROWICZ, ) <br> ) <br> Defendant. ) | CASE NO. 2:21-CV-308-WKW |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that these consolidated actions are dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 18th day of October, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE